# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNWIRED GLOBAL SYSTEMS LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>SOFTING NORTH AMERICA HOLDING, INC.,<br><br>        Defendant. | C.A. No. 1:23-cv-01171-CFC<br><br>**JURY TRIAL DEMANDED** |

## ENTRY OF APPEARANCE

Please enter the appearance of Monté T. Squire, Esquire of Duane Morris LLP, 1201 North Market Street, Suite 501, Wilmington, DE 19801, on behalf of Defendant Softing North America Holding, Inc., in the above-captioned action.

Date: November 3, 2023

                                        **DUANE MORRIS LLP**

                                        */s/ Monté T. Squire*
                                        Monté T. Squire (No. 4764)
                                        1201 North Market Street, Suite 501
                                        Wilmington, DE 19801
                                        Telephone: (302) 657-4900
                                        Facsimile: (302) 657-4901
                                        mtsquire@duanemorris.com

                                        *Attorneys for Defendant Softing North America Holding, Inc.*