# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNWIRED GLOBAL SYSTEMS LLC,<br><br>      Plaintiff,<br><br>  v.<br><br>SOFTING NORTH AMERICA HOLDING, INC.,<br><br>      Defendant. | C.A. No. 1:23-cv-01171-CFC<br><br>**JURY TRIAL DEMANDED** |

## SOFTING NORTH AMERICA HOLDING, INC.'S
## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned certifies that, as of this date, Softing North America Holding, Inc. is a 100% subsidiary of Softing AG. There are no other parent companies or stockholders of Softing North America Holding, Inc.

Date:  November 3, 2023

Respectfully submitted,

**DUANE MORRIS LLP**

*/s/ Monté T. Squire*
Monté T. Squire (No. 4764)
1201 North Market Street, Suite 501
Wilmington, DE  19801
Telephone: (302) 657-4900
mtsquire@duanemorris.com

*Attorneys for Defendant Softing North America Holding, Inc.*