# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **UNWIRED GLOBAL SYSTEMS LLC,**<br><br>    Plaintiff,<br><br>    *v.*<br><br>**SOFTING NORTH AMERICA HOLDING, INC.,**<br><br>    Defendant. | **CASE NO. 1:23-CV-01171-CFC**<br><br>**PATENT CASE**<br><br>**JURY TRIAL DEMANDED** |

## PLAINTIFF'S NOTICE OF DISMISSAL WITH PREJUDICE

Plaintiff Unwired Global Systems LLC, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby provides notice that it dismisses **with prejudice** all claims by Plaintiff against Defendant Softing North America Holding, Inc. Each party shall bear its own costs, expenses, and attorneys' fees.

Date: November 27, 2023

Respectfully submitted,

*/s/ John C. Phillips, Jr.*
John C. Phillips, Jr. (#110)
Megan C. Haney (#5016)
Phillips, McLaughlin & Hall, P.A.
1200 North Broom Street
Wilmington DE, 19806
(302) 655-4200
JCP@PMHDELaw.com
MCH@PMHDELaw.com

Isaac Rabicoff
Rabicoff Law LLC
(*pro hac vice forthcoming*)
600 Mamaroneck Ave STE 400
Harrison, NY 10528
Tel. (773) 669-4590
issac@rabilaw.com
**Counsel for Plaintiff**
**Unwired Global Systems LLC**

SO ORDERED this _____ day of _____, _____.

_____
The Honorable Colm F. Connolly
Chief, United States District Court Judge